IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANK THOMAS CARTER,

    Plaintiff,

v.                                                      CASE NO. 5:13-cv-00304-MP-MD

CAROLYN W COLVIN,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 29, 2014. (Doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner is REVERSED, judgment shall be entered in favor of plaintiff, the Commissioner is ordered to compute and pay the plaintiff all benefits due, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *19th* day of November, 2014

                                          *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge